UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS LEITZKE,

       Plaintiff(s),

   v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,

       Defendant(s).
_____/

No. C 11-1617 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **July 21, 2011 at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **July 21, 2011 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: July 20, 2011

                                            PHYLLIS J. HAMILTON
                                            United States District Judge