UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THOMAS LEITZKE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; RON GREGARIO,<br><br>    Defendants. | CASE NO.: CV 11-1617 PJH<br><br>[~~PROPOSED~~] **ORDER** ON STIPULATION REGARDING PROPOSED PRE-TRIAL AND TRIAL DATES<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: April 1, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10564\017\12pleadings\order on stipulation re trial dates.doc

Having reviewed the Parties' Stipulation Regarding Proposed Pre-Trial and Trial Dates, and for good cause shown, the Court hereby grants the parties' Stipulation and sets the following pre-trial dates for this case:

Discovery Cut-Off Date: March 23, 2012 [proposed March 23, 2012]

Last Date to Hear Motions to Augment the Record: April 18, 2012 at 9:00 a.m. [proposed April 17, 2012]

Last Date to Hear Motions for Summary Judgment: June 13, 2012 at 9:00 a.m. [proposed June 12, 2012]

If the matter is not resolved by way of summary judgment, the trial briefing schedule and trial date ~~are set as follows~~ will be set later.  July 13, 2012 is not available.

~~Opening Briefs Due:~~ _____ ~~[proposed July 10, 2012]~~

~~Responding Briefs Due:~~ _____ ~~[proposed July 24, 2012]~~

~~Bench Trial (half day):~~ _____ ~~[proposed July 31, 2012]~~

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA