1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THOMAS LEITZKE, | CASE NO.: CV 11-1617 PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER** ON STIPULATION REGARDING PROPOSED PRE-TRIAL AND TRIAL DATES |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; RON GREGARIO, | [Stipulation filed concurrently] |
| | Complaint Filed:   April 1, 2011 |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10564\017\12pleadings\order on stipulation re trial dates.doc

Having reviewed the Parties' Stipulation Regarding Proposed Pre-Trial and Trial Dates, and for good cause shown, the Court hereby grants the parties' Stipulation and sets the following pre-trial dates for this case:

Discovery Cut-Off Date: March 23, 2012 [proposed March 23, 2012]

Last Date to Hear Motions to Augment the Record: April 18, 2012 at 9:00 a.m. [proposed April 17, 2012]

Last Date to Hear Motions for Summary Judgment: June 13, 2012 at 9:00 a.m. [proposed June 12, 2012]

If the matter is not resolved by way of summary judgment, the trial briefing schedule and will be set later.  July 13, 2012 is not available.
trial date ~~are set as follow~~s:

~~Opening Briefs Due:~~ ~~[proposed July 10, 2012]~~

~~Responding Briefs Due:~~ ~~[proposed July 24, 2012]~~

~~Bench Trial (half day):~~ ~~[proposed July 31, 2012]~~

**IT IS SO ORDERED.**

Dated: January 25, 2012

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-