KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
JAMES J. ACHERMANN (SBN 262514)
james.achermann@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff,
THOMAS LEITZKE

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEITZKE, <br><br> Plaintiff, <br><br> vs. <br><br> LINCOLN FINANCIAL GROUP, RON GREGORIO an individual, <br><br> Defendant | Case No.: CV 11-01617 PJH <br><br> [PROPOSED] ORDER OF DISMISSAL UPON SETTLEMENT |

The parties to the action, by their counsel thereon, have advised the court (Document 37 - Stipulation of Dismissal of Defendant The Lincoln national Life Insurance Company) that they have agreed to a settlement of the above captioned matter in its entirety.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE

Dated: May 17, 2012

_____
Hon. Phyllis J. Hamilton

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

ORDER OF DISMISSAL UPON SETTLEMENT